IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3026 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS LOVERBOY SILVA, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

   Hearings were held before me May 16 and 20, 2008 on allegations made in the petition for action on conditions of pretrial release. The defendant was present with counsel, and was advised of his rights. On May 16 the defendant admitted the allegations in the fourth paragraph of the petition. The matter proceeded to hearing on the remaining allegations on May 20, 2008. Evidence was adduced. As announced from the bench, I find that the remaining allegations of the petition are true.

   Regarding disposition, the government sought detention. The defendant urged a continuation of the present conditions of release with the possible additional conditions of house arrest and electronic monitoring. Upon consideration of the matter, I concluded that detention is appropriate. Accordingly,

   IT THEREFORE HEREBY IS ORDERED:

   1. The previous order releasing the defendant on conditions, filing 11, is revoked. Defendant shall be detained until further order.

   DATED May 21, 2008

                              BY THE COURT:

                              s/ *David L. Piester*
                              United States Magistrate Judge