IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3026-1 |
| | ) | |
| V. | ) | |
| | ) | |
| CARLOS LOVERBOY SILVA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Prosecutor and Federal Public Defender shall notify the undersigned when this matter is ripe for resolution. My previous order (filing 169) is withdrawn.

Dated November 19, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge