IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3026-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CARLOS LOVERBOY SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

Federal Public Defender David R. Stickman reports that the defendant does not qualify for a reduction of his sentence under Sentencing Guideline Amendment 782 (see filing 188). Accordingly,

IT IS ORDERED that Federal Public Defender David R. Stickman's motion to withdraw (filing 188) is granted, the defendant's motion to reduce sentence (filing 168) is denied, and the defendant's motion to appoint counsel (filing 181) is denied as moot.

Dated June 10, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge